IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAYLA KANTOROWSKI, | ) |
| *Plaintiff*, | ) |
| | ) Civil Action No. 2:23-cv-00392-PLD |
| v. | ) |
| | ) Judge Patricia L. Dodge |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| *Defendant*. | ) |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

On behalf of the Plaintiff, Kayla Kantorowski, and Defendant, Portfolio Recovery Associates, LLC, both parties' and counsel consent to dismissal of the above matter. Both parties consent to being responsible for their own tax consequences and bear its own fees and costs. Please kindly dismiss this case with prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(ii).

| | |
|---|---|
| **J.P. WARD & ASSOCIATES, LLC.:** | **MESSER STRICKLER BURNETTE, LTD:** |
| */s/ Travis A. Gordon* | */s/ Lauren M. Burnette* |
| Travis A. Gordon, Esquire | Lauren M. Burnette, Esquire |
| PA ID # 328314 | PA ID # 92412 |
| Counsel for Plaintiff | Counsel for Defendant |